GEOFFREY V. WHITE (SBN. 068012)
LAW OFFICE OF GEOFFREY V. WHITE
351 California St., Suite 1500
San Francisco, California 94104
Telephone: (415) 362-5658
Facsimile: (415) 362-4115
Email: gvwhite@sprynet.com

Attorneys for Plaintiff
MARJORIE CHERRY



FILED

APR 1 8 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
         DEPUTY CLERK

REBECCA LABAT CROSBY (SBN. 221241)
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP
555 S. Flower St., 29th Floor
Los Angeles, CA. 90071
Telephone: (213) 443-5100
Facsimile: (213) 443-5101
Email: rebecca.crosby@wilsonelser.com

Attorneys for Defendants,
DIGITAL EQUIPMENT CORPORATION
LONG TERM DISABILITY PLAN AND
THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARJORIE CHERRY,**<br><br>         Plaintiff,<br><br>    v.<br><br>**DIGITAL EQUIPMENT CORP. LONG-TERM DISABILITY PLAN, and PRUDENTIAL INSURANCE COMPANY OF AMERICA, a New Jersey Corporation,**<br><br>         Defendant. | 05CV2165 WBS JFM |

Plaintiff Marjorie Cherry and Defendants Digital Equipment Corp. Long-Term Disability Plan (the "Plan") and Prudential Insurance Co. of America ("Prudential")

submit the following Stipulation for the Court's approval concerning the Pre-Trial Conference in this matter, presently scheduled for May 8, 2006 at 10:00 a.m.

WHEREAS, there is presently pending before this Court Plaintiff's Motion for Judgment on the Administrative Record, now set for hearing on May 15, 2006; and

WHEREAS, the Court's ruling on said Motion may obviate the need for a bench trial in this action; and

WHEREAS, the parties believe it would be in the interest of judicial economy to continue the pending Pre-Trial Conference until a date after the Court's ruling on said Motion for Judgment;

THEREFORE, the parties have agreed to continue the date of the Pre-Trial Conference to June 5, 2006 at 10:00 a.m. before this Court, or such other date as the Court may determine following the hearing on said Motion.

DATED: April 14, 2006          LAW OFFICE OF GEOFFREY V. WHITE


By_____/S/_____
     Geoffrey V. White
     Attorney for Plaintiff
     MARJORIE CHERRY


DATED: April 14, 2006          WILSON, ELSER, MOSKOWITZ, EDELMAN
                               & DICKER, LLP


By _____/S/_____
     Rebecca Labat Crosby
     Attorneys for Defendants
     DIGITAL EQUIPMENT CORPORATION
     LONG TERM DISABILITY PLAN and
     THE PRUDENTIAL INSURANCE
     COMPANY OF AMERICA

## ORDER

The Pre-Trial Conference in the above-referenced action is hereby continued to June 5, 2006 at 10:00 a.m. in this Court.

Dated: 4/17/2006

Honorable William B. Shubb
United States District Judge