ADRIENNE C. PUBLICOVER (State Bar No. 161432)
CHARAN M. HIGBEE (State Bar No. 148293)
WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California 94105
Telephone:    (415) 433-0990
Facsimile:    (415) 434-1370

Attorneys for Defendants
DIGITAL EQUIPMENT CORPORATION
LONG TERM DISABILITY PLAN AND
THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARJORIE CHERRY, | Case No.: 05-2165-WBS-JFM |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RE ATTORNEYS' FEES AND COSTS TO BE AWARDED PLAINTIFF MARJORIE CHERRY** |
| v. | |
| DIGITAL EQUIPMENT CORP. LONG-TERM DISABILITY PLAN, and PRUDENTIAL INSURANCE COMPANY OF AMERICA, a New Jersey Corporation, | Courtroom : 5 |
| Defendants. | Judge : Hon. William B. Shubb |

**IT IS HEREBY STIPULATED** by and between the parties to this action, through their attorneys of record, as follows:

1.  Judgment was entered in favor of plaintiff Marjorie Cherry in this action on September 11, 2006;

2.  Plaintiff filed a Bill of Costs in this action on September 19, 2006 seeking taxable costs in the amount of $369.00;

3.  Plaintiff filed a Motion for Award of Attorneys' Fees and Non-Taxable Costs in this action on September 29, 2006 and noticed the hearing for this motion on October 30, 2006 in Courtroom 5 of this Court;

1
STIPULATION AND [PROPOSED] ORDER RE ATTORNEYS' FEES
AND COSTS TO BE AWARDED PLAINTIFF
USDC EDCA Case #05-2165-WBS-JFM
244689-1

PDF created with pdfFactory trial version www.pdffactory.com

4.      Plaintiff and defendants have reached a full and complete settlement as to the amount that plaintiff will be awarded for attorneys' fees and costs in this action, and specifically have agreed that defendant The Prudential Insurance Company of America ("Prudential") will pay attorneys' fees in the amount of $46,000 and costs (taxable and non-taxable) in the total amount of $1,987.46;

5.      Within 14 days of the receipt of this Stipulation executed by plaintiff's attorney, Prudential's attorneys will send plaintiff's attorney a check in the amount of $47,987.46 as payment of the total attorneys' fees and costs to which plaintiff is entitled in this action;

6.      In consideration of the payment referenced in paragraph 5 above and pursuant to the agreement of the parties, the Motion for Award of Attorneys' Fees and Non-Taxable Costs filed on September 29, 2006 in this action shall be taken off calendar and dismissed with prejudice;

7.      No opposition will be filed or required by the defendants to plaintiff's Motion for Award of Attorneys' Fees and Non-Taxable Costs, set for hearing on October 30, 2006, because the issues raised in that motion have been fully settled and resolved as set forth herein;

8.      No further or additional motion or request shall be filed or made by plaintiff in this action which seeks the recovery of attorneys' fees and/or costs from defendants in this action; and

9.      The Court shall make no award for attorneys' fees and costs to plaintiff in this action because the parties have informally resolved this issue as set forth above.

Dated: October 11, 2006                WILSON, ELSER, MOSKOWITZ,
                                                      EDELMAN & DICKER LLP


By:   */s/ Charan M. Higbee*
      Adrienne C. Publicover
      Charan M. Higbee
      Attorneys for Defendants
      THE PRUDENTIAL INSURANCE COMPANY
      OF AMERICA and DIGITAL EQUIPMENT
      CORPORATION LONG TERM DISABILITY
      PLAN

PDF created with pdfFactory trial version www.pdffactory.com

1 | Dated: October 10, 2006                      LAW OFFICES OF GEOFFREY V. WHITE

2

3 |                                              By:   */s/ Geoffrey V. White*
                                                     Geoffrey V. White
4 |                                                   Attorneys for Plaintiff
                                                     MARJORIE CHERRY
5

6 | **IT IS SO ORDERED.**

7

8 | Dated:  October 16, 2006

9

10 |                                             WILLIAM B. SHUBB
                                                UNITED STATES DISTRICT JUDGE

11

12

...

28 | 
3
STIPULATION AND [PROPOSED] ORDER RE ATTORNEYS' FEES
AND COSTS TO BE AWARDED PLAINTIFF
USDC EDCA Case #05-2165-WBS-JFM
244689-1

PDF created with pdfFactory trial version www.pdffactory.com